**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oscar Rene MONJARAZ–PINTO, Defendant–Appellant.**

No. 11–10620.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 18, 2013.*

Filed Jan. 23, 2013.

Ryan P. Dejoe, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Before: NOONAN, TASHIMA, and GRABER, Circuit Judges.

### MEMORANDUM **

Defendant Oscar Rene Monjaraz–Pinto appeals his conviction for illegal reentry after removal in violation of 8 U.S.C. § 1326 and the resulting sentence of 63 months' imprisonment. We affirm.

1. The district court did not err in holding that Defendant failed to make a prima facie showing of the affirmative defense of duress. Defendant's fears of poor treatment by police and prison officials were not akin to persecutors who "figuratively held a gun to his head." *United States v. Vasquez–Landaver,* 527 F.3d 798, 802 (9th Cir.2008) (internal quotation marks omitted).

2. As Defendant now concedes, the district court correctly applied the 16–level enhancement under U.S.S.G. § 2L1.2. *United States v. Flores–Mejia,* 687 F.3d 1213, 1215–16 (9th Cir.2012); *United States v. Bonilla–Montenegro,* 331 F.3d 1047, 1051 (9th Cir.2003).

Defendant's sentence at the low end of the Guidelines range was substantively reasonable. *United States v. Carty,* 520 F.3d 984, 996 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.